KARL S. HALL
Reno City Attorney
MARK A. HUGHS
Deputy City Attorney
Nevada State Bar No. 5375
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Rosa Myers,
Collin Cavanagh and City of Reno*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* ◊ \* \*

| | |
|---|---|
| CYNTHIA DOUBEK, as the Administrator and Personal Representative of THE ESTATE OF CHARLENE MCMASTER; CHRISTOPHER MCMASTER, an Individual; PHILLIP MCMASTER, an Individual; TIMOTHY MCMASTER, an Individual; and KEITH WILLIS, an Individual,<br><br>      Plaintiffs,<br>vs.<br><br>CITY OF RENO, a municipality of Nevada; COLLIN CAVANAGH, an Individual; ROSA MYERS, an Individual; DOES I-X; ROE BUSINESS ENTITIES XI-XX; and ROE GOVERNMENT ENTITIES XXI-XXX, inclusive,<br><br>      Defendants.                    / | CASE NO.:  3:21-cv-00054-MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and Rule LR 7-1 of the United States District Court, District of Nevada Local Rules, Plaintiffs, by and through their attorney, STEPHEN

1  K. LEWIS, and Defendants, by and through their attorneys, KARL S. HALL, Reno City Attorney
2  and MARK A. HUGHS, Deputy City Attorney, hereby stipulate that this action and all claims and
3  defenses asserted therein be dismissed with prejudice.

    Each party shall bear its own attorney's fees and costs.

DATED this 27th day of ~~April~~ May, 2022.      DATED this 31st day of May, 2022.

                                                      KARL S. HALL
                                                      Reno City Attorney

By: _____            By: _____
Stephen K. Lewis, Esq.                                 MARK A. HUGHS
Joshua A. Dowling, Esq.                             Deputy City Attorney
Casey A. Xavier, Esq.                                      Nevada State Bar #5375
CLAGGETT & SYKES LAW FIRM             Post Office Box 1900
4101 Meadow Lane, Ste. 100                  Reno, Nevada 89505
Las Vegas, NV 89107                                    *Attorneys for Rosa Myers,*
*Attorneys for Plaintiffs*                                    *Collin Cavanagh and City of Reno*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/2/2022